**Below is the Order of the Court.**

_Brian D. Lynch_
_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re: ) Case No. 16-44613 BDL Ch. 13
)
   Daryl James Holter )
   Sandra Melissa Holter ) AGREED ORDER ON COASTAL CREDIT
) LLC'S PROOF OF CLAIM #2
  Debtor(s) )
)
)
)

THIS MATTER came on before the Court on Coastal Credit LLC's Claim #2. The parties have agreed that Coastal Credit's claim will be bifurcated into a secured claim of $9,000.00 to be paid over 60 months at 5% interest and that Coastal Credit LLC shall be entitled to a general

//

//

//

**ORDER**

THOMAS MCAVITY
2225 NE ALBERTA, STE A
PORTLAND OR 97211
Tel: 503.860.6868
Facsimile: 866.241.4176

unsecured claim for the balance.  After notice and hearing and review of the record herein, and by agreement of the parties:

IT IS HEREBY ORDERED that Claim #2 is allowed as a secured claim of $9,000.00 at 5% interest and that Coastal Credit LLC is entitled to a general unsecured claim for the balance.

///END OF ORDER///

Presented by:
/s/ Mark A. Ditton
Mark A. Ditton, WSBA #45432
206-674-4602

Agreed as to form and content
Notice of Presentation waived:

/s/ Nathan F. Smith
Nathan F. Smith, WSBA #43160
Attorney for Coastal Credit

**ORDER**

**THOMAS MCAVITY**
**2225 NE ALBERTA, STE A**
**PORTLAND OR 97211**
**Tel: 503.860.6868**
**Facsimile: 866.241.4176**